# Third District Court of Appeal

## State of Florida

Opinion filed March 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1282
Lower Tribunal No. 23-194788-SP-05

_____

**Jennifer Newman,**
Appellant,

vs.

**Cavalry SPV I, LLC, etc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Maria D. Ortiz, Judge.

Jennifer Newman, in proper person.

Hayt, Hayt & Landau, P.L., and Dana M. Stern, for appellee.

Before SCALES, C.J., and MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").